THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PATRICK HAYES WELLMAN, <br><br> Defendant. | No. CR16-220-RSL <br><br> ~~(PROPOSED)~~ ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter has come before the Court on Patrick Hayes Wellman's motion to terminate his remaining period of supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a).

IT IS NOW ORDERED that Patrick Hayes Wellman's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 14th day of ~~December 2018.~~ January, 2019

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Submitted by:

s/ *Christopher Sanders*
Assistant Federal Public Defender
Attorney for Patrick Hayes Wellman

ORDER FOR TERMINATION
OF SUPERVISED RELEASE
(*Patrick Hayes Wellman*, CR16-220-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100